

# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2015

No. 04-15-00715-CR

Felix **VILLARREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR5623
Honorable Ron Rangel, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Jason Pulliam, Justice

On December 8, 2015, this court issued a memorandum opinion and rendered an order dismissing appellant Felix Villarreal's appeal for want of jurisdiction because Villarreal's notice of appeal was filed over a year after sentence was imposed. Villarreal's appointed appellate counsel filed a motion to withdraw from representing Villarreal and requested, alternatively, a ninety-day extension for all appellate deadlines due to counsel's medical condition. Because counsel's motion does not contain all contents required by Texas Rule of Appellate Procedure 6.5(a), we deny counsel's motion without prejudice. However, given counsel's medical condition, we grant counsel's alternative request and order appellant's motion for rehearing, if any, due March 23, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of December, 2015.



Keith E. Hottle
Clerk of Court